IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SANDY KROUT, Individually and as
Administratrix of the Estate of
Bobby Joe Rylee, Deceased, and Survivors          PLAINTIFF

vs.                         4:06-cv-1294-RSW

CITY OF RUSSELLVILLE, ARKANSAS, et al.;
POPE COUNTY, ARKANSAS, et al.; and
GREG McCUIN, Individually and in his
Official Capacity as a public safety officer
For Arkansas Tech University                      DEFENDANTS

### Order of Dismissal Without Prejudice

The Plaintiffs and Defendant Greg McCuin have stipulated under Fed. R. Civ. P. 41(a)(1) that all claims against Defendant McCuin, individually and in his official capacity as a public safety officer for Arkansas Tech University, be dismissed without prejudice.  The Court **ACCEPTS** this stipulation and **ORDERS** that all claims against Defendant McCuin are **DISMISSED WITHOUT PREJUDICE**. Defendant McCuin's Motion for Summary Judgment (doc. #59) is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

Dated this 28th day of April, 2008.

RODNEY S. WEBB, District Judge
United States District Court