### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

| | |
|---|---|
| SANDY KROUT, Individually and as Administratrix of the Estate of Bobby Joe Rylee, Deceased, and Survivors | PLAINTIFF |
| v.    NO. 4:06CV01294 JLH | |
| LEE GOEMMER, BOBBY STEVENS, KEITH SPEARS, TERRY COBB and TODD WINESBURG, Individually as Police Officers for the City of Russellville | DEFENDANTS |

### ORDER

The Court has been notified by counsel that the parties have reached a tentative settlement in this matter, pending approval of the probate court.

IT IS THEREFORE ORDERED that the jury trial currently scheduled for Monday, July 26, 2010, is continued. The motion hearing set for Thursday, July 22, 2010, is cancelled.

IT IS SO ORDERED this 16th day of July, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE