**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

| | |
|---|---|
| SANDY KROUT, Individually and as Administratrix of the Estate of Bobby Joe Rylee, Deceased, and Survivors | PLAINTIFF |
| v.   NO. 4:06CV01294 JLH | |
| LEE GOEMMER, BOBBY STEVENS, KEITH SPEARS, TERRY COBB, and TODD WINESBURG, Individually as Police Officers for the City of Russellville | DEFENDANTS |

## ORDER OF DISMISSAL

The Court has been notified that the settlement has been finalized in this matter; therefore, the complaint and all claims in this action against defendants be, and they are hereby, dismissed with prejudice.

IT IS SO ORDERED this 10th day of September, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE